02D03-2308-PL-000365
Filed: 8/29/2023 11:55 AM
Clerk
Allen County, Indiana

USDC IN/ND case 1:23-cv-00397-GSL   document 3   filed 08/29/23   page 1 of 4

Allen Superior Courts

JS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO.: |

| | |
|---|---|
| BREON WILKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL EXPRESS CORPORATION | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Breon Wilkins ("Wilkins"), by counsel, for his cause of action against the Defendant, Federal Express Corporation ("FedEx"), states and alleges as follows:

### I.     INTRODUCTION

1.     This is an action by Wilkins against FedEx regarding alleged racial discrimination and alleged wrongful termination of Wilkins in violation of Title VII of the Civil Rights Act of 1964, as amended, and Fort Wayne Ordinance G-21-78. Wilkins seeks all legal and equitable relief available.

### II.     PARTIES

2.     Wilkins is an individual citizen and resident of Allen County, Indiana.

3.     FedEx is a foreign for-profit corporation organized and existing under and by virtue of the laws of the State of Delaware, with its principal place of business located at 3610 Hacks Cross Road, Memphis, TN, 38125 and a location where Wilkins' employment was based at 3620 Independence Drive, Fort Wayne, Allen County, Indiana 46808.

### III.   JURISDICTION AND VENUE

4. This Court has both personal and subject matter jurisdiction because this lawsuit involves federal law (Title VII of the Civil Rights Act of 1964, as amended) that provides for concurrent jurisdiction and Wilkins' employment is located in Allen County, Indiana.

5. Venue is appropriate because Allen County is the county where Wilkins' employment is located.

### IV.   FACTS

6. Wilkins incorporates by reference paragraphs 1-5 of his Complaint as if same were fully set forth herein.

4. Wilkins began his employment with FedEx on about December 6, 2020 and worked for FedEx as a Courier / Swing Driver based out of its location at 3620 Independence Drive, Fort Wayne, Allen County, Indiana 46808.

7. Wilkins' employment was going fine without issue until Caleb Brandt ("Brandt") became Wilkins' supervisor in approximately 2022.

8. Shortly after Brandt became Wilkins' new supervisor, Wilkins noticed that Brandt seemed to be targeting him and treating him differently than his white co-workers including issuing Wilkins write ups for alleged disruptive behavior / insubordination.

9. Wilkins first write up was issued by Brandt in about June 2022. Prior to this, Wilkins had no write ups or disciplinary issues with his prior supervisor.

10. Wilkins felt as though Brandt was trying to paint Wilkins as an angry black person, he's not, while Wilkins' white co-workers would engage in a similar type of behavior, if not worse, and were never disciplined, let alone terminated.

11. Since Brandt had become Wilkins' new supervisor, Wilkins has felt as though Brandt was targeting him based upon his race and that he was trying to make his work-life miserable with the goal of getting him to quit. At the same time, Wilkins felt as Brandt was looking for any reason to justify terminating his employment.

12. On October 10, 2022, Brandt terminated Wilkins for alleged anger and disruptive behavior.

13. On November 3, 2022, Wilkins filed a Charge of Discrimination alleging that he was subjected to race-based discrimination and termination in violation of Title VII of the Civil Rights Act of 1964, as amended, and Fort Wayne Ordinance G-21-78. The EEOC Charge number was 24D-2023-00028.

14. On August 8, 2023, the Determination and Notice of Rights was issued.

### V.   STATEMENT OF CLAIM

### COUNT I – Race Discrimination

15. Wilkins incorporates by reference paragraphs 1-14 of his Complaint as if same were fully set forth herein.

16. FedEx, by and through its supervisor, Brandt, discriminated against Wilkins and Wilkins was subjected to harassment on the basis of his race in violation of Title VII of the Civil Rights Act of 1964, as amended.

17. As a result of the unlawful and race-based discrimination/harassment and termination, Wilkins has been damaged.

## VI. PRAYER FOR RELIEF

WHEREFORE, Breon Wilkins, by counsel, prays for judgment in his favor and for the following damages:

a) injunctive relief;

b) back pay and benefits and lost future income and benefits;

c) compensatory damages;

d) punitive damages, if applicable;

e) attorney's fees and costs; and

f) all other relief appropriate under these circumstances.

Respectfully submitted,

**THEISEN HUBLEY LAW**

*[signature: Nathaniel O. Hubley]*

John C. Theisen (549-02)
Nathaniel O. Hubley (28609-64)
810 S. Calhoun Street, Suite 200
Fort Wayne, IN 46802
Telephone: 260-422-4255
*Attorneys for Plaintiff*