AO 450 (Rev. 11/11)  Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BREON WILKINS<br><br>             Plaintiff<br>        v.<br><br>FEDERAL EXPRESS CORPORATION<br><br>             Defendant | )<br>)<br>)<br>)  Civil Action No. 1:23-cv-397<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: Judgment is ENTERED in favor of defendant Federal Express Corporation and against plaintiff Breon Wilkins.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Gretchen S. Lund on a Motion for Summary Judgment by defendant Federal Express Corporation.

DATE: 3/20/2025

*Chanda J. Berta, Clerk of Court*

by  s/E. Yike
*Signature of Clerk or Deputy Clerk*